IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK FIELDS | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 13-114 |
| LA FITNESS INTERNATIONAL, LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *27th* day of *June*, 2013, upon consideration of Defendant LA Fitness International, LLC.'s Motion for Summary Judgment (Docket No. 11), Plaintiff Derrick Fields's Response in Opposition (Docket No. 12), Defendant's Reply Brief (Docket No. 13), and Plaintiff's Sur-reply Brief (Docket No. 14), it is hereby **ORDERED** that Defendant's Motion is **GRANTED. JUDGEMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety of the Complaint.

This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.